# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2777EM

_____

Ray Davis,                                    *
                                              *
            Appellant,                        *
                                              *
      v.                                      *
                                              *   Appeal from the United States
Jay Angoff, Director, Missouri                *   District Court for the Eastern
Department of Insurance, Individually;        *   District of Missouri.
Mark Stahlhuth, General Counsel,              *
Department of Insurance, Individually;        *        [UNPUBLISHED]
Joseph R. McMahon, Assistant General          *
Counsel, Missouri Department of               *
Insurance, Individually,                      *
                                              *
            Appellees.                        *

_____

Submitted: February 12, 1999
Filed: February 19, 1999

_____

Before BOWMAN, Chief Judge, and FAGG and HANSEN, Circuit Judges.

_____

PER CURIAM.

Ray Davis appeals the district court's adverse summary judgment ruling granting qualified immunity to the parties sued by Davis. Having reviewed the record in the context of Davis's contentions, we conclude that no error of law appears in the district court's ruling. Because the parties' briefs show they are thoroughly familiar

with the issues before the court in this fact-intensive case, we conclude that an extensive discussion would serve no useful precedential value.  We also decline to consider arguments Davis raises for the first time on appeal.  We thus affirm on the basis of the district court's ruling without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.